# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-3962
_____

MICHAEL ROY BAXTER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

July 17, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lawrence F. Kranert Jr., Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.